Mark Willimann, Tucson, AZ, for Plaintiff–Appellee.

Liza M. Granoff, Esquire, Assistant U.S. Attorney, USTU–Office of The U.S. Attorney, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Garcia–Fernandez appeals from the 42–month sentence imposed following his guilty-plea conviction for attempted re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia–Fernandez contends that the district court erred in applying a 16–level "crime of violence" enhancement under U.S.S.G. § 2L1.2(b)(1)(a)(ii), based on his prior robbery conviction, in violation of California Penal Code § § 211 and 212.5(c). The district court did not err. *See United States v. Becerril–Lopez*, 541 F.3d 881, 890–93 (9th Cir.2008) (holding that a conviction under California Penal Code § 211 is categorically a "crime of violence" under the Guidelines). Moreover, even if the district court had erred, Garcia–Fernandez has not demonstrated that his substantial rights may have been affected. *See United States v. Waknine*, 543 F.3d 546, 552 (9th Cir.2008).

**AFFIRMED.**

**Andre SHERMAN, Petitioner–
Appellant,**

v.

**Dwight NEVEN, Respondent–Appellee.**

No. 08–15999.

United States Court of Appeals,
Ninth Circuit.

---

958

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Andre Sherman, Pioche, NV, pro se.

Brooke Alison Foley Barack, Esquire, Deputy Attorney General, AGNV–Office of the Nevada Attorney General, Las Vegas, NV, for Respondent–Appellee.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Nevada state prisoner Andre Sherman appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Sherman contends that the state court's denial of his motion to exclude unduly suggestive field and pre-trial in-court identifications violated his constitutional rights. The state court's determination that the challenged identifications were sufficiently reliable was not contrary to, or an unreasonable application of, clearly established United States Supreme Court precedent. *See* 28 U.S.C. § 2254(d)(1); *see also Neil v. Biggers,* 409 U.S. 188, 199, 93 S.Ct. 375, 34 L.Ed.2d 401 (1972).

We construe Sherman's additional arguments as a motion to expand the certificate

of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

